**Order entered April 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01664-CR

**LEMUEL MOSLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F11-57352-I**

## ORDER

In the exhibit volume of the reporter's record, court reporter Kendra Thibodeaux made a notation that State's Exhibit no. 75, a CD, would be filed separately. However, that exhibit was not filed with the reporter's record.

Accordingly, the Court **ORDERS** court reporter Kendra Thibodeaux to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 75.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Kendra Thibodeaux, deputy official court reporter, Criminal District Court No. 2, and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE